UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

**STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY and STATE FARM FIRE AND CASUALTY COMPANY,**

      **Plaintiffs,**

v.                                                                      Case No:  6:19-cv-1837-Orl-41LRH

**ADVANTACARE OF FLORIDA, LLC, CRN RECEIVABLE MANAGEMENT LLC, ADVANTACARE MULTI-SPECIALTY GROUP, LLC, KERRIANN FITZPATRICK, JOHN MANCUSO, KENNETH HOWE and FRANK SEVERIANO ALVAREZ, JR., M.D.,**

      **Defendants.**

### RELATED CASE ORDER AND TRACK TWO NOTICE

No later than fourteen days from the date of this Notice, counsel and any pro se party shall comply with Local Rule 1.04(d) and shall file and serve a certification as to whether the instant action should be designated as a similar or successive case pursuant to Local Rule 1.04(a)(b).  The parties shall utilize the attached form titled Notice of Pendency of Other Actions.

Additionally, in accordance with Local Rule 3.05, this action is designated as a **TRACK TWO CASE**.  The Court's goal is to try most Track Two cases within 12 - 18 months of filing. **The filing party (that is, the party that instituted suit in this Court) is responsible for serving a copy of this Notice and its attachments upon all other parties.**

To facilitate the issuance of a Case Management and Scheduling Order within the time periods described in Federal Rule of Civil Procedure 16(b)(2), the parties shall conduct a case

management conference **in person** no later than 45 days after service or appearance of any defendant. **The Case Management Report ("Report") must be filed within seven days of the case management conference.** In preparing their Report, the parties shall consult the Federal Rules of Civil Procedure and the Local Rules (available from the Clerk or at http://www.flmd.uscourts.gov). Counsel for all parties share the obligation to timely comply with the requirements of Federal Rule of Civil Procedure 16(b)(2) and are reminded that they must do so despite the pendency of any undecided motions.

The parties are advised that utilization of the Case Management Report form is mandatory. The parties shall utilize the Case Management Report form located at the Court's website www.flmd.uscourts.gov under "Judicial Information" and under assigned Judge Carlos E. Mendoza, United States District Judge.

Dated: September 25, 2019.

ELIZABETH M. WARREN,
CLERK

By:     */s/ Darleen Darley*
Deputy Clerk

Copies furnished to:

Counsel of Record
Unrepresented Parties

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

**STATE FARM MUTUAL**
**AUTOMOBILE INSURANCE**
**COMPANY and STATE FARM FIRE**
**AND CASUALTY COMPANY,**

       **Plaintiffs,**

v.                                           **Case No:  6:19-cv-1837-Orl-41LRH**

**ADVANTACARE OF FLORIDA, LLC,**
**CRN RECEIVABLE MANAGEMENT**
**LLC, ADVANTACARE MULTI-**
**SPECIALTY GROUP, LLC,**
**KERRIANN FITZPATRICK, JOHN**
**MANCUSO, KENNETH HOWE and**
**FRANK SEVERIANO ALVAREZ, JR.,**
**M.D.,**

       **Defendants.**

## NOTICE OF PENDENCY OF OTHER ACTIONS

In accordance with Local Rule 1.04(d), I certify that the instant action:

_____     IS          related to pending or closed civil or criminal case(s) previously filed in this Court, or any other Federal or State court, or administrative agency as indicated below:

_____     IS NOT     related to any pending or closed civil or criminal case filed with this Court, or any other Federal or State court, or administrative agency.

    I further certify that I will serve a copy of this Notice of Pendency of Other Actions upon each party no later than fourteen days after appearance of the party.

Dated:

_____
Counsel of Record or *Pro Se* Party
    [Address and Telephone]

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA

With the parties' consent, a district judge under 28 U.S.C. § 636(c) can refer any civil matter to a magistrate judge for any or all proceedings, including the resolution of any motion, a jury or non-jury trial, and entry of final judgment. Although the same law, rules, and procedure govern before both the district judge and the magistrate judge, reference to the magistrate judge often results in an earlier and more reliable trial date (a magistrate judge's trial calendar need not accommodate criminal trials, which are subject to the requirement of constitutional and statutory "speedy trial"). A final judgment entered by the magistrate judge is appealable directly to the United States Court of Appeals.

The parties can formalize consent to the magistrate judge on an AO 85 "Notice, Consent, and Reference of a Civil Action to a Magistrate Judge," a copy of which is attached. Consent requires the signature of each party's counsel and the signature of any unrepresented party. The district judges of the Middle District of Florida request that each party and each counsel carefully consider the benefits to the public, to the court, and to the parties of consent to proceed before the magistrate judge. Of course, consent is entirely voluntary, and — without any adverse substantive consequence — a party for any reason can withhold consent and continue the action before the district judge.

_____
Steven D. Merryday
Chief United States District Judge

_____
Timothy J. Corrigan
United States District Judge

_____
Virginia M. Hernandez Covington
United States District Judge

_____
Marcia Morales Howard
United States District Judge

_____
Mary S. Scriven
United States District Judge

_____
Charlene Edwards Honeywell
United States District Judge

_____
Roy B. Dalton, Jr.
United States District Judge

_____
Sheri Polster Chappell
United States District Judge

_____
Brian J. Davis
United States District Judge

_____
Paul G. Byron
United States District Judge

_____
Carlos E. Mendoza
United States District Judge

_____
William F. Jung
United States District Judge

# UNITED STATES DISTRICT COURT
for the
Middle District of Florida

| | |
|---|---|
| STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY, et al.<br>*Plaintiffs*<br>v.<br>ADVANTACARE OF FLORIDA, LLC, et al.<br>*Defendants* | )<br>)<br>)<br>)  Civil Action No.    6:19-cv-1837-Orl-41LRH<br>)<br>) |

**NOTICE, CONSENT, AND REFERENCE OF A CIVIL ACTION TO A MAGISTRATE JUDGE**

    *Notice of a magistrate judge's availability.* A United States magistrate judge of this court is available to conduct all proceedings in this civil action (including a jury or nonjury trial) and to order the entry of a final judgment. The judgment may then be appealed directly to the United States court of appeals like any other judgment of this court. A magistrate judge may exercise this authority only if all parties voluntarily consent.

    You may consent to have your case referred to a magistrate judge, or you may withhold your consent without adverse substantive consequences. The name of any party withholding consent will not be revealed to any judge who may otherwise be involved with your case.

    *Consent to a magistrate judge's authority.* The following parties consent to have a United States magistrate judge conduct all proceedings in this case including trial, the entry of final judgment, and all post-trial proceedings.

| *Parties' printed names* | *Signatures of parties or attorneys* | *Dates* |
|---|---|---|
| | | |
| | | |
| | | |

**Reference Order**

    **IT IS ORDERED:** This case is referred to a United States magistrate judge to conduct all proceedings and order the entry of a final judgment in accordance with 28 U.S.C. § 636(c) and Fed. R. Civ. P. 73.

Date: _____

                                                                                            *District Judge's signature*

                                                                                            *Printed name and title*

Note:    Return this form to the clerk of court only if you are consenting to the exercise of jurisdiction by a United States magistrate judge. Do not return this form to a judge.

AO 85A (Rev. 01/09) Notice, Consent, and Reference of a Dispositive Motion to a Magistrate Judge

# UNITED STATES DISTRICT COURT
for the

Middle District of Florida

| | | |
|---|---|---|
| STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY, et al.<br>*Plaintiffs* | )<br>)<br>) | |
| v. | ) | Civil Action No. 6:19-cv-1837-Orl-41LRH |
| ADVANTACARE OF FLORIDA, LLC, et al.<br>*Defendants* | )<br>) | |

**NOTICE, CONSENT, AND REFERENCE OF A DISPOSITIVE MOTION TO A MAGISTRATE JUDGE**

*Notice of a magistrate judge's availability.* A United States magistrate judge of this court is available to conduct all proceedings and enter a final order dispositive of each motion. A magistrate judge may exercise this authority only if all parties voluntarily consent.

You may consent to have motions referred to a magistrate judge, or you may withhold your consent without adverse substantive consequences. The name of any party withholding consent will not be revealed to any judge who may otherwise be involved with your case.

*Consent to a magistrate judge's consideration of a dispositive motion.* The following parties consent to have a United States magistrate judge conduct any and all proceedings and enter a final order as to each motion identified below *(identify each motion by document number and title)*.

**Motions:** _____

_____

_____

| *Parties' printed names* | *Signatures of parties or attorneys* | *Dates* |
|---|---|---|
| _____ | _____ | _____ |
| _____ | _____ | _____ |

**Reference Order**

**IT IS ORDERED:** The motions are referred to a United States magistrate judge to conduct all proceedings and enter a final order on the motions identified above in accordance with 28 U.S.C. § 636(c).

Date: _____

_____
*District Judge's signature*

_____
*Printed name and title*

Note: Return this form to the clerk of court only if you are consenting to the exercise of jurisdiction by a United States magistrate judge. Do not return this form to a judge.