UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA

STATE FARM MUTUAL AUTOMOBILE
INSURANCE COMPANY and STATE
FARM FIRE AND CASUALTY
COMPANY,

      Plaintiffs,

v.                                                  Case No. 6:19-cv-01837-CEM-LRH

ADVANTACARE OF FLORIDA, LLC,
CRN RECEIVABLE MANAGEMENT
LLC, ADVANTACARE MULTI-SPECIALTY
GROUP, LLC, KERRIANN FITZPATRICK, f/k/a
KERRIANN HERZOG, JOHN MANCUSO,
KENNETH HOWE, and FRANK SEVERIANO
ALVAREZ JR., M.D.,

      Defendants.
_____/

**DEFENDANT ADVANTACARE OF FLORIDA LLC'S AND FRANK SEVERIANO ALVAREZ JR., M.D'S NOTICE OF PENDENCY OF OTHER ACTIONS**

      In accordance with Local Rule 1.04(d), I certify that the instant action:

_____ IS        related to pending or closed civil or criminal case(s) previously filed in this Court, or any other Federal or State court, or administrative agency as indicated below:

__X__ IS NOT    related to any pending or closed civil or criminal case filed with this Court, or any other Federal or State court, or administrative agency.

                                                    Respectfully Submitted,

                                                    s/Chad A. Barr_____
                                                    CHAD A. BARR, ESQUIRE
                                                    Fla. Bar No.: 55365
                                                    LAW OFFICE OF CHAD A. BARR, P.A.
                                                    986 Douglas Avenue
                                                    Suite 100
                                                   Altamonte Springs, Florida 32714
                                                   Telephone: (407) 599-9036

chad@chadbarrlaw.com  
service@chadbarrlaw.com  
frances@chadbarrlaw.com  

**CERTIFICATE OF SERVICE**

**I HEREBY CERTIFY** that the foregoing document was furnished to the following recipients via electronic mail: David Spector, Esquire at david.spector@hklaw.com, James Duffy, Esquire, at james.duffy@hklaw.com, Joseph Valdivia, Esquire at joseph.valdivia@hklaw.com, Bruce Rosenberg, Esq. at rosenberg@rosenberglawpa.com, and Alexis Rosenberg, Esq. at arosenberg@rosenberglawpa.com, and Gregory Zitani, Esquire, at greg.zitani@westcolaw.com on this 17th day of December 2019.

s/Chad A. Barr_____  
CHAD A. BARR, ESQUIRE  
Fla. Bar No.: 55365  
LAW OFFICE OF CHAD A. BARR, P.A.