UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA

STATE FARM MUTUAL AUTOMOBILE
INSURANCE COMPANY and STATE
FARM FIRE AND CASUALTY
COMPANY,

      Plaintiffs,

v.                                                Case No. 6:19-cv-01837-CEM-LRH

ADVANTACARE OF FLORIDA, LLC,
CRN RECEIVABLE MANAGEMENT
LLC, ADVANTACARE MULTI-SPECIALTY
GROUP, LLC, KERRIANN FITZPATRICK, f/k/a
KERRIANN HERZOG, JOHN MANCUSO,
KENNETH HOWE, and FRANK SEVERIANO
ALVAREZ JR., M.D.,

      Defendants.
_____/

## DEFENDANT ADVANTACARE OF FLORIDA LLC'S AND FRANK SEVERIANO ALVAREZ JR., M.D'S CERTIFICATE OF INTERESTED PERSONS AND CORPORATE DISCLOSURE STATEMENT

Defendants, Advantacare of Florida, LLC and Frank Severiano Alvarez, Jr., MD., through undersigned counsel, hereby files this Certificate of Interested Persons and Corporate Disclosure Statement:

Defendants, Advantacare of Florida, LLC and Frank Severiano Alvarez, Jr., MD., hereby disclose the following:

1. The name of each person, attorney, association of persons, firm, law firm, partnership, and corporation that has or may have an interest in the outcome of this action – including subsidiaries, conglomerates, affiliates, parent corporations, publicly-traded companies that own 10% or more of a party's stock, and all other identifiable legal entities related to any party in this case:

       State Farm Mutual Automobile Insurance Company
       State Farm Fire and Casualty Company
       Holland & Knight, LLP
       David I. Spector, Esq.
       James J. Duffy, Esq.
       Joseph F. Valdivia, Esq.
       Advantacare of Florida, LLC
       Frank Severiano Alvarez, Jr., M.D.
       Law Office of Chad A. Barr, P.A.
       Chad A. Barr, Esq.
       Advantacare Multi-Specialty Group, LLC
       CRN Receivable Management LLC
       Kerriann Fitzpatrick, f/k/a Kerriann Herzog - Defendant
       John Mancuso
       Kenneth Howe
       Law Offices of Gregory A. Zitani, PLLC
       Gregory A. Zitani, Esq.
       Rosenberg Law, P.A.
       Bruce Rosenberg, Esq.
       Alexis Rosenberg, Esq.

2. The name of every other entity whose publicly-traded stock, equity, or debt may be substantially affected by the outcome of the proceedings:

   **None, other than those identified in response to #1.**

3. The name of every other entity which is likely to be an active participant in the proceedings, including the debtor and the members of the creditors' committee (or if no creditors' committee, the twenty (20) largest unsecured creditors):

   **None, other than those identified in response to #1.**

4. The name of each victim (individual or corporate), including every person who may be entitled to restitution:

   State Farm Mutual Automobile Insurance Company and State Farm Fire and Casualty Company have alleged that they are the victims of misconduct.

    I hereby certify that I am unaware of any actual or potential conflict of interest involving the District Judge and Magistrate Judge assigned to this case and will immediately notify the Court in writing upon learning of any such conflict.

Respectfully Submitted,

s/Chad A. Barr
CHAD A. BARR, ESQUIRE
Fla. Bar No.: 55365
LAW OFFICE OF CHAD A. BARR, P.A.
986 Douglas Avenue
Suite 100
Altamonte Springs, Florida 32714
Telephone: (407) 599-9036
chad@chadbarrlaw.com
service@chadbarrlaw.com
frances@chadbarrlaw.com

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that the foregoing document was furnished to the following recipients via electronic mail: David Spector, Esquire at david.spector@hklaw.com, James Duffy, Esquire, at james.duffy@hklaw.com, Joseph Valdivia, Esquire at joseph.valdivia@hklaw.com, Bruce Rosenberg, Esq. at rosenberg@rosenberglawpa.com, and Alexis Rosenberg, Esq. at arosenberg@rosenberglawpa.com, and Gregory Zitani, Esquire, at greg.zitani@westcolaw.com on this 17th day of December 2019.

s/Chad A. Barr
CHAD A. BARR, ESQUIRE
Fla. Bar No.: 55365
LAW OFFICE OF CHAD A. BARR, P.A.