UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA

STATE FARM MUTUAL AUTOMOBILE
INSURANCE COMPANY and STATE
FARM FIRE AND CASUALTY
COMPANY,
          Plaintiffs,

                v.

          Case No. 6:19-cv-01837-CEM-LRH

ADVANTACARE OF FLORIDA, LLC,
CRN RECEIVABLE MANAGEMENT
LLC,
ADVANTACARE MULTI-SPECIALTY
GROUP, LLC,
KERRIANN FITZPATRICK, f/k/a
KERRIANN HERZOG,
JOHN MANCUSO,
KENNETH HOWE, and
FRANK SEVERIANO ALVAREZ JR.,
M.D.,
      Defendants,
_____/

## ADVANTACARE MULTI-SPECIALTY GROUP, LLC'S CERTIFICATE OF INTERESTED PERSONS AND CORPORATE DISCLOSURE STATEMENT

Defendant, Advantacare Multi-Specialty Group, LLC., through undersigned counsel,

hereby files this Certificate of Interested Persons and Corporate Disclosure Statement:

Advantacare Multi-Specialty Group, LLC., hereby discloses the following:

1. The name of each person, attorney, association of persons, firm, law firm, partnership, and corporation that has or may have an interest in the outcome of this action – including subsidiaries, conglomerates, affiliates, parent corporations, publicly-traded companies that own 10% or more of a party's stock, and all other identifiable legal entities related to any party in this case:

State Farm Mutual Automobile Insurance Company
State Farm Fire and Casualty Company
Holland & Knight, LLP
David I. Spector, Esq.
James J. Duffy, Esq.
Joseph F. Valdivia, Esq.
Advantacare of Florida, LLC
Frank Severiano Alvarez, Jr., M.D.
Law Office of Chad A. Barr, P.A.
Chad A. Barr, Esq.
Advantacare Multi-Specialty Group, LLC
CRN Receivable Management LLC
Kerriann Fitzpatrick, f/k/a Kerriann Herzog - Defendant
John Mancuso
Kenneth Howe
Law Offices of Gregory A. Zitani, PLLC
Gregory A. Zitani, Esq.
Rosenberg Law, P.A.
Bruce Rosenberg, Esq.
Alexis Rosenberg, Esq.

2. The name of every other entity whose publicly-traded stock, equity, or debt may be substantially affected by the outcome of the proceedings:

**None, other than those identified in response to #1.**

3. The name of every other entity which is likely to be an active participant in the proceedings, including the debtor and the members of the creditors' committee (or if no creditors' committee, the twenty (20) largest unsecured creditors):

**None, other than those identified in response to #1.**

4. The name of each victim (individual or corporate), including every person who may be entitled to restitution:

State Farm Mutual Automobile Insurance Company and State Farm Fire and Casualty Company have alleged that they are the victims of misconduct.

I hereby certify that I am unaware of any actual or potential conflict of interest involving the District Judge and Magistrate Judge assigned to this case and will immediately notify the Court in writing upon learning of any such conflict.

Respectfully submitted,

___s/Bruce S. Rosenberg___
BRUCE S. ROSENBERG
Florida Bar No. 994782
rosenberg@rosenberglawpa.com
ALEXIS ROSENBERG
Florida Bar No. 335400
arosenberg@rosenberglawpa.com
**ROSENBERG LAW, P.A.**
6950 Cypress Road, Suite 107
Plantation, Florida 33317
(954) 790-6100


GREGORY ZITANI, Esq.
Florida Bar No. 188956
greg.zitani@westcolaw.com
**Law Offices of Gregory Zitani, PLLC**
4046 Sawyer Rd., Suite D
Sarasota, FL 34233
(941) 552-0373


*Attorneys for Defendant*


## CERTIFICATE OF SERVICE

I certify that on December 17, 2019, I electronically filed the foregoing using the Court's CM/ECF system thereby serving all registered users in this case.


Respectfully submitted,

___s/Bruce S. Rosenberg_____
Bruce S. Rosenberg, Esq.