UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA

STATE FARM MUTUAL AUTOMOBILE
INSURANCE COMPANY and STATE
FARM FIRE AND CASUALTY
COMPANY,
       Plaintiffs,

v.

Case No. 6:19-cv-01837-CEM-LRH

ADVANTACARE OF FLORIDA, LLC,
CRN RECEIVABLE MANAGEMENT
LLC,
ADVANTACARE MULTI-SPECIALTY
GROUP, LLC,
KERRIANN FITZPATRICK, f/k/a
KERRIANN HERZOG,
JOHN MANCUSO,
KENNETH HOWE, and
FRANK SEVERIANO ALVAREZ JR.,
M.D.,
       Defendants.
_____/

## DEFENDANTS' JOINT NOTICE OF WITHDRAWAL OF DEFENDANTS' JOINT MOTION FOR THE EXTENSION OF TIME TO RESPOND TO PLAINTIFFS' DOCUMENT REQUESTS

**COMES NOW,** the Defendants Advantacare of Florida, LLC; CRN Receivable Management LLC; Advantacare Multi-Specialty Group, LLC; Kerriann Fitzpatrick, f/k/a Kerriann Herzog; John Mancuso, Kenneth Howe, and Frank Severiano Alvarez Jr., M.D., (collectively "Defendants"), by and through undersigned counsel, and files its Joint Notice of Withdrawal of Defendants' Joint Motion for the Extension of time to respond to Plaintiffs' Document Requests.

Date: January 23, 2020

Respectfully submitted,

By: __/s/ Chad Barr_
CHAD A. BARR, ESQ.
Fla. Bar No. 055365
Chad Barr Law
986 Douglas Avenue
Altamonte Springs, FL 32714
(407)599-9036 – Office
www.ChadBarrLaw.com
*Attorney for Advantacare of Florida, LLC, and Frank Severiano Alvarez, Jr., M.D.*

By: */s/ Bruce S. Rosenberg*
BRUCE S. ROSENBERG, ESQ.
Fla. Bar No. 994782
ALEXIS ROSENBERG, ESQ.
Fla. Bar No. 335400
ROSENBERG LAW, P.A.
6950 Cypress Road, Suite 107
Plantation, Florida 33317
Telephone: (954) 790-6100
service@rosenberglawpa.com
*Attorney for CRN Receivable Management LLC, Advantacare Multi-Specialty Group, LLC, Kerriann Fitzpatrick, f/k/a Kerriann Herzog, John Mancuso, and Kenneth Howe*

## **CERTIFICATE OF SERVICE**

I hereby certify that on January 23, 2020, the foregoing document was served on the following counsel via transmission of Notices of Electronic Filing generated by CM/ECF:

> DAVID I. SPECTOR, ESQ.
> Fla. Bar No. 086540
> JAMES J. DUFFY, ESQ.
> Fla. Bar No. 0068662
> JOSEPH F. VALDIVIA, ESQ.
> Fla. Bar No. 0107878
> HOLLAND & KNIGHT LLP
> 222 Lakeview Avenue
> Suite 1000
> West Palm Beach, Florida 33401
> Telephone: (561) 833-2000
> Facsimile: (561) 650-8399
> david.spector@hklaw.com
> james.duffy@hklaw.com
> joseph.valdivia@hklaw.com
>
> Attorneys for Plaintiffs

By: /s/Alexis Rosenberg____
Alexis Rosenberg, Esq.