## UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
## ORLANDO DIVISION

---

**STATE FARM MUTUAL AUTOMOBILE**
**INSURANCE COMPANY et al,**

      **Plaintiffs,**

**v.**                                            **Case No: 6:19-cv-1837-Orl-41LRH**

**ADVANTACARE OF FLORIDA, LLC et al,**

      **Defendants.**

| UNITED STATES DISTRICT JUDGE: | Carlos E. Mendoza | COURTROOM: | 5B |
|---|---|---|---|
| DEPUTY CLERK: | Maria Hernandez | COUNSEL FOR PLAINTIFFS: | James Duffy, David Spector |
| COURT REPORTER | Suzanne Trimble trimblecourtreporter@gmail.com | COUNSEL FOR DEFENDANTS: | Chad Barr, Bruce Rosenberg, Gregory Zitani, Heather Rosenburg |
| DATE/TIME: TOTAL TIME: | May 19, 2020 10:33 A.M. – 11:32 A.M. 59 Minutes | | |

## CLERK'S MINUTES
## TELEPHONIC MOTION TO DISMISS HEARING
### (Doc. 17, 18, 19, & 26)

Case Called; Appearances taken.

Chad Barr on behalf of, Advantacare of Florida, LLC and Frank Severiano Alvarez, Jr. presents his argument on Motion to Dismiss.

Bruce Rosenberg on behalf of CRN Receivable Management LLC, Advantacare Multi-Specialty Group, LLC, Kerriann Fitzpatrick, John Mancuso, and Kenneth Howe presents his argument on Motion to Dismiss.

David Spector on behalf of State Farm Mutual Automobile Insurance Company and State Farm Fire and Casualty Company presents his argument on Motion to Dismiss.

Court will enter an Order on Motions filed at Doc. 17, 18, 19, & 26 by the end of the week.

Court is adjourned.