# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA

STATE FARM MUTUAL AUTOMOBILE
INSURANCE COMPANY and STATE
FARM FIRE AND CASUALTY
COMPANY,
        Plaintiffs,

v.                  Case No. 6:19-cv-01837-CEM-LRH

ADVANTACARE OF FLORIDA, LLC,
CRN RECEIVABLE MANAGEMENT
LLC,
ADVANTACARE MULTI-SPECIALTY
GROUP, LLC,
KERRIANN FITZPATRICK, f/k/a
KERRIANN HERZOG,
JOHN MANCUSO,
KENNETH HOWE, and
FRANK SEVERIANO ALVAREZ JR.,
M.D.,
        Defendants.
_____/

## UNOPPOSED MOTION TO WITHDRAW AS COUNSEL FOR DEFENDANTS, CRN RECEIVABLE MANAGEMENT LLC, ADVANTACARE MULTI-SPECIALTY GROUP, LLC, KERRIANN FITZPATRICK, f/k/a KERRIANN HERZOG, JOHN MANCUSO, AND KENNETH HOWE

**COMES NOW,** Bruce Rosenberg, Esq., Alexis Rosenberg, Esq., and Rosenberg Law, P.A., by and through undersigned counsel, pursuant to Local Rules requests that this Honorable Court enter and Order permitting the undersigned to withdraw from the case for CRN Receivable Management LLC, Advantacare Multi-Specialty Group, LLC, Kerriann Fitzpatrick, f/k/a Kerriann Herzog, John Mancuso and Kenneth Howe (herein after "Defendants") and from further representation of Defendants. In support thereof, the undersigned states as follow:

**Rosenberg Law, P.A.**

1. On or about May 20, 2020, Attorney Sanford Topkin filed his Notice of Appearance on behalf of Defendants, CRN Receivable Management LLC, Advantacare Multi-Specialty Group, LLC, Kerriann Fitzpatrick, f/k/a Kerriann Herzog, John Mancuso and Kenneth Howe. (*D.I. 67*) *See* hereto attached as Exhibit "A".

2. Accordingly, Defendants have retained alternative counsel and therefore are not abandoned or prejudiced.

3. The instant Motion has been filed after consultation and agreement by Defendants.

4. In compliance with Rule 3.01(g), the undersigned consulted with Plaintiffs' counsel, who does not object to the Motion to Withdraw as Counsel for Defendants in this instant action.

WHEREFORE, undersigned counsel respectfully requests this Honorable Court grant this Motion to Withdraw as counsel for Defendants.

Respectfully submitted,

**ROSENBERG LAW, P.A.**

__s/Bruce Rosenberg__
BRUCE S. ROSENBERG
Florida Bar No. 994782
rosenberg@rosenberglawpa.com
ALEXIS ROSENBERG
Florida Bar No. 335400
arosenberg@rosenberglawpa.com
6950 Cypress Road, Suite 107
Plantation, Florida 33317
(954) 790-6100
service@rosenberglawpa.com

## **CERTIFICATE OF SERVICE**

**I HEREBY CERTIFY** that on the 3rd   day of June 2020, the foregoing document is being served on all counsel of record, via transmission of Notices of Electronic Filing generated by CM/ECF.

s/Bruce Rosenberg___
Bruce Rosenberg, Esq.

**Rosenberg Law, P.A.**