# Exhibit "B"

IN THE UNITED DISTRICT COURT MIDDLE DISTRICT OF FLORIDA

STATE FARM MUTUAL AUTOMOBILE  
INSURANCE COMPANY and  
STATE FARM FIRE AND CASUALTY  
COMPANY,

        Plaintiffs,

v.

ADVANTACARE OF FLORIDA, LLC,  
CRN RECEIVABLE MANAGEMENT, LLC,  
ADVANTACARE MULTI-SPECIALTY  
GROUP, LLC, KERRIANN FITZPATRICK,  
f/k/a KERRIANN HERZOG, JOHN MANCUSO,  
KENNETH HOWE, and FRANK SEVERIANO  
ALVAREZ, JR., M.D.,

        Defendants.  
_____/

CASE NO: 6:19-cv-01837-CEM-LRH

**CERTIFICATE OF GOOD FAITH CONFERENCE; CONFERRED BUT UNABLE TO RESOLVE ISSUES PRESENTED IN NUMBERS 18 THROUGH 20 OF PLAINTIFF'S SECOND REQUEST FOR PRODUCTION**

Pursuant to Local Rule 3.01(g), I, Sandy Topkin, Esq., hereby certify as Counsel for Advantacare Multi-Specialty Group, LLC (Movant), has conferred with Counsel for Plaintiffs in good faith effort to resolve the issues I had with providing responses to Plaintiffs' Second Request for Production numbers 18, 19 and 20, but have been unable to do resolve the issues as they remain opposed by Plaintiffs.

/s/ Sanford R. Topkin

Attorney Name