# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

**STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY and STATE FARM FIRE AND CASUALTY COMPANY,**

        **Plaintiffs,**

v.                                              Case No:   6:19-cv-1837-Orl-41LRH

**ADVANTACARE OF FLORIDA, LLC, CRN RECEIVABLE MANAGEMENT LLC, ADVANTACARE MULTI-SPECIALTY GROUP, LLC, KERRIANN FITZPATRICK, JOHN MANCUSO, KENNETH HOWE and FRANK SEVERIANO ALVAREZ, JR. ,**

        **Defendants.**

## ORDER

This cause came on for consideration without oral argument on the following motion filed herein:

> **MOTION:**    **DEFENDANTS' UNOPPOSED AND AGREED MOTION FOR ADDITIONAL EXTENSION OF TIME FOR PLAINTIFFS TO RESPOND TO DEFENDANTS' AFFIRMATIVE DEFENSES (Doc. No. 90)**
>
> **FILED:**    **July 22, 2020**
>
> **THEREON** it is **ORDERED** that the motion is **DENIED**.

Pursuant to Federal Rule of Civil Procedure 12(f), the deadline for Plaintiffs to file a motion to strike as it relates to Defendants' affirmative defenses was June 26, 2020.  Doc. Nos. 80, 81; *see* Fed. R. Civ. P. 12(f)(2).  On the day of the deadline, the Court granted the parties' joint request to

- 2 -

extend the deadline by an additional thirty (30) days, up to and including July 27, 2020. Doc. No. 86. Now, Defendants move for an additional three-week extension of the deadline for Plaintiffs to file a motion to strike, without opposition from Plaintiffs. Doc. No. 90. With the exception of noting that mediation has been set for July 31, 2020, the motion is identical to the prior motion. *Compare* Doc. No. 85, *with* Doc. No. 90.

Upon consideration, the motion will be denied. By prior Order, the Court forewarned the parties that no further extensions of the deadline to file a motion to strike would be permitted. Doc. No. 86, at 1. In the instant motion, Defendants have simply reasserted the exact same arguments as were raised in the prior motion. Therefore, they have not established that the Court should deviate from that Order, nor have they otherwise demonstrated good cause for an additional extension. *See* Doc. No. 90; *see also* Fed. R. Civ. P. 6(b)(1).

**DONE** and **ORDERED** in Orlando, Florida on July 23, 2020.

*[signature]*

LESLIE R. HOFFMAN
UNITED STATES MAGISTRATE JUDGE

Copies furnished to:

Counsel of Record