# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

**STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY and STATE FARM FIRE AND CASUALTY COMPANY,**

      **Plaintiffs,**

v.                                              Case No:   6:19-cv-1837-Orl-41LRH

**ADVANTACARE OF FLORIDA, LLC, CRN RECEIVABLE MANAGEMENT LLC, ADVANTACARE MULTI-SPECIALTY GROUP, LLC, KERRIANN FITZPATRICK, JOHN MANCUSO, KENNETH HOWE and FRANK SEVERIANO ALVAREZ, JR. ,**

      **Defendants.**

## ORDER

This cause comes before the Court on review of Plaintiffs' "unopposed" motions to strike. *See* Doc. Nos. 92, 93. Plaintiffs seek to strike several of the various Defendants' affirmative defenses as (1) improperly pleaded in shotgun fashion; (2) boilerplate and lacking factual support; and (3) legally insufficient and invalid as a matter of law. *See id.*

The motions state that they are "unopposed" because "Defendants agreed not to oppose the relief sought . . . because Plaintiffs only sought to strike [Defendants] Affirmative Defenses without prejudice and with 20 days to re-plead the same." *See id.* at 1, n.1. On review, this statement is problematic for several reasons. For one, the deadline for amending pleadings expired on February 3, 2020. Doc. No. 50, at 1. That deadline has not been extended and Plaintiffs assume that leave to amend the answers would be permitted. In addition, Plaintiffs seek to strike several of the

affirmative defenses as invalid as a matter of law, and thus, repleader on those defenses may not be proper.

Accordingly, it is **ORDERED** that Defendants shall respond to the merits of the respective motions to strike (Doc. Nos. 92, 93) on or before **August 11, 2020**. Said responses shall otherwise be filed in compliance with Local Rule 3.01(b). Failure to respond by the deadline set forth herein will result in the relief sought in the motions being considered unopposed in all respects.

**DONE** and **ORDERED** in Orlando, Florida on July 28, 2020.

_____
LESLIE R. HOFFMAN
UNITED STATES MAGISTRATE JUDGE

Copies furnished to:

Counsel of Record