# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

**STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY and STATE FARM FIRE AND CASUALTY COMPANY,**

      **Plaintiffs,**

v.                                                    Case No:   6:19-cv-1837-Orl-41LRH

**ADVANTACARE OF FLORIDA, LLC, CRN RECEIVABLE MANAGEMENT LLC, ADVANTACARE MULTI-SPECIALTY GROUP, LLC, KERRIANN FITZPATRICK, JOHN MANCUSO, KENNETH HOWE and FRANK SEVERIANO ALVAREZ, JR. ,**

      **Defendants.**

## ORDER

This cause came on for consideration without oral argument on the following motions filed herein:

> **MOTION:** PLAINTIFFS' UNOPPOSED MOTION TO STRIKE DEFENDANTS ADVANTACARE OF FLORIDA, LLC AND DR. FRANK ALVAREZ JR., M.D.'S AFFIRMATIVE DEFENSES AND INCORPORATED MEMORANDUM OF LAW (Doc. No. 92)
>
> **FILED:** July 27, 2020
>
> **THEREON** it is **ORDERED** that the motion is **GRANTED**.

> **MOTION:** PLAINTIFFS' UNOPPOSED MOTION TO STRIKE DEFENDANTS CRN RECEIVABLE MANAGEMENT, LLC,

> **ADVANTACARE MULTI-SPECIALTY GROUP, LLC, KERRIANN FITZPATRICK, F/K/A KERRIANN HERZOG, JOHN MANCUSO, AND KENNETH HOWE'S AFFIRMATIVE DEFENSES AND INCORPORATED MEMORANDUM OF LAW (Doc. No. 93)**
>
> **FILED:      July 27, 2020**
>
> _____
>
> **THEREON** it is **ORDERED** that the motion is **GRANTED**.

Plaintiffs move to strike thirteen of Defendants' affirmative defenses as (1) improperly pleaded in shotgun fashion; (2) boilerplate and lacking factual support; and/or (3) legally insufficient and invalid as a matter of law.  Doc. Nos. 92, 93.[1]  The motions state that they are "unopposed" because "Defendants agreed not to oppose the relief sought . . . because Plaintiffs only sought to strike [Defendants'] Affirmative Defenses without prejudice and with 20 days to re-plead the same." *See id.* at 1, n.1.

Defendants have filed responses to the motions, as ordered by the Court.  Doc. Nos. 94, 97, 98.  In their responses, Defendants state that they agree to the striking of the affirmative defenses at issue, and ask the Court to permit them to file amended answers and affirmative defenses to address the deficiencies noted in Plaintiffs' motions.  Doc. Nos. 97, 98.

Upon review, the Court will strike the affirmative defenses at issue and permit Defendants to file amended answers to the complaint.[2]  It is therefore **ORDERED** as follows:

---

[1] As it relates to Defendants Advantacare of Florida, LLC and Frank Alvarez Jr., Plaintiffs ask the Court to strike affirmative defenses two, three, four, five, seven, eight, ten, eleven, thirteen, fourteen, fifteen, sixteen, and nineteen.  Doc. No. 92.  As it relates to Defendants CRN Receivable Management, LLC, Advantacare Multi-Specialty Group, LLC, Kerriann Fitzpatrick, f/k/a Kerriann Herzog, John Mancuso, and Kenneth Howe, Plaintiffs ask the Court to strike affirmative defenses two, three, four, five, seven, eight, ten, eleven, thirteen, fourteen, fifteen, and sixteen.  Doc. No. 93.

[2] Going forward, the parties are cautioned that they may not simply agree amongst themselves to alter the deadlines set forth in the Case Management and Scheduling Order, such as the deadline for amending

1. Plaintiffs' Unopposed Motion to Strike Defendants Advantacare of Florida, LLC and Dr. Frank Alvarez Jr., M.D.'s Affirmative Defenses and Incorporated Memorandum of Law (Doc. No. 92) is **GRANTED**;

2. Plaintiffs' Unopposed Motion to Strike Defendants CRN Receivable Management, LLC, Advantacare Multi-Specialty Group, LLC, Kerriann Fitzpatrick, f/k/a Kerriann Herzog, John Mancuso, and Kenneth Howe's Affirmative Defenses and Incorporated Memorandum of Law (Doc. No. 93); is **GRANTED**;

3. The second, third, fourth, fifth, seventh, eighth, tenth, eleventh, thirteenth, fourteenth, fifteenth, sixteenth, and nineteenth affirmative defenses are hereby **STRICKEN** from Defendants Advantacare of Florida, LLC and Frank Alvarez Jr.'s answer (Doc. No. 81);

4. The second, third, fourth, fifth, seventh, eighth, tenth, eleventh, thirteenth, fourteenth, fifteenth, and sixteenth affirmative defenses are hereby **STRICKEN** from Defendants CRN Receivable Management, LLC, Advantacare Multi-Specialty Group, LLC, Kerriann Fitzpatrick, f/k/a Kerriann Herzog, John Mancuso, and Kenneth Howe's answer (Doc. No. 80);

5. On or before **August 26, 2020**, Defendants may file amended answers and affirmative defenses with the Court.

---

pleadings. *See* Doc. No. 50. Instead, if they seek to alter the deadlines established by the Court, they must establish good cause. *See id.* at 5; *see also Sosa v. Airprint Sys., Inc.*, 133 F.3d 1417, 1418 (11th Cir. 1998) (establishing that scheduling orders may be modified only "upon a showing of good cause," which precludes modification unless the schedule cannot "be met despite the diligence of the party seeking the extension").

- 4 -

**DONE** and **ORDERED** in Orlando, Florida on August 12, 2020.

*Leslie R. Hoffman*

LESLIE R. HOFFMAN
UNITED STATES MAGISTRATE JUDGE

Copies furnished to:

Counsel of Record